UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
DIANA LUGO, *on behalf of herself, FLSA Collective
Plaintiffs and the Class,*

                           Plaintiff,                      JUDGMENT
                                                                           16 CV 4033 (SJ) (RER)

      - against –

LANDHAUS SCHWEINE LLC d/b/a
LANDHAUS AT THE WOODS and MATTHEW LIEF,

                           Defendants.
----------------------------------------------------------- X

        An Order of Honorable Sterling Johnson, United States District Judge, having been filed on October 25, 2017, adopting in its entirety the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated December 30, 2016, dismissing the case for failure to prosecute; it is

        ORDERED and ADJUDGED that the case is dismissed.

Dated: Brooklyn, NY                                     Douglas C. Palmer
       October 25, 2017                               Clerk of Court

                                                     By:  */s/Jalitza Poveda*
                                                                Deputy Clerk

